**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney (SBN 192872)
**COLLEEN R. SMITH**, Asst Supervising Deputy City Attorney (SBN 209719)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Phone No.: (213) 978-6900 | Fax No.: (213) 978-8785
Email: colleen.smith@lacity.org

*Attorneys for Defendant,* CITY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREA VELEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, and DOES 1-20,<br><br>Defendants. | **CASE NO.**<br><br>**LASC CASE NO. 26STCV20770**<br>[*Action Filed: June 30, 2026*]<br>[*Assigned: Hon. Cindy Pánuco, Dept. 224, Stanley Mosk Courthouse*]<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441 (a) and 1446 (a); DECLARATION OF COLLEEN R. SMITH; AND SUPPORTING EXHIBITS** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendant **CITY OF LOS ANGELES**, hereby removes this action from the Superior Court for the State of California, County of Los Angeles to the United States District Court for the Central District of California. The removal is made pursuant to 28 U.S.C. § 1446(a), on the facts set forth below:

1. The CITY OF LOS ANGELES is a named defendant in this civil action filed in the Superior Court of the State of California, County of Los Angeles *Andrea Velez v.*

*City of Los Angeles, et al.,* Superior Court Case No. 26STCV20770 (hereinafter "Plaintiff's Complaint"). Plaintiff filed her Complaint on June 30, 2026. The following are true and correct copies of the State Court documents in the above action with referenced exhibit numbers: Plaintiff's Complaint (Exhibit 1); Summons (Exhibit 2); Civil Case Cover Sheet (Exhibit 3); Civil Case Cover Sheet Addendum and Statement of Location (Exhibit 4); Notice of Case Assignment – Unlimited Civil Case (Exhibit 5); Alternative Dispute Resolution (ADR) Information Package (Exhibit 6); Notice of Case Management Conference (Exhibit 7); Order to Show Cause Hearing (Exhibit 8); Clerk's Certificate of Service by Electronic Service (Exhibit 9); and Proof of Service of Summons (Exhibit 10).

2. This action meets the original jurisdiction requirements of 28 U.S.C. § 1441(a) and is removable by Defendant CITY OF LOS ANGELES pursuant to 28 U.S.C. § 1446(a). A case is removable from state to federal court if the action could have been originally commenced in federal court. 28 U.S.C. § 1441(a); *Grubbs v. General Electric Credit Corp*., 405 U.S. 699, 702 (1972). The propriety of removal is determined at the time the petition for removal is filed by reference to the plaintiff's complaint filed in state court. *La Chemise Lacoste v. Alligator Co.,* 506 F.2d 339, 343-44 (3d Cir. 1974). When the complaint states a claim invoking the original jurisdiction of the federal court, the action is removable. *Id*. Under the Judicial Code, federal district courts have original jurisdiction in the district courts over all actions brought under 42 U.S.C. § 1983. *See* 28 U.S.C. § 1343(a)(3). Moreover, the Code confers original jurisdiction in the district courts over all actions involving federal questions. *See* 28 U.S.C. § 1331.

3. The gravamen of this action is the federal civil rights claims that are asserted in the third, fourth, and sixth causes of action of Plaintiff's Complaint.

4. State law claims are also asserted in the first, second, and fifth causes of action of Plaintiff's Complaint. When an action originally filed in state court is removed to federal court, the federal tribunal has jurisdiction to determine not only the federal

claims but all pendent state claims "that are so related to claims in the action … that they form part of the same case or controversy...." See 28 U.S.C. § 1367(a).

5. Defendant CITY OF LOS ANGELES was served with Plaintiff's Complaint on July 14, 2026, and consents to this removal. (See Declaration of Colleen R. Smith).

6. Further, other than those identified above and the persons identified in the caption as "DOES 1-20" there are no other named defendants in this lawsuit. Therefore, there are no other defendants who need to consent in order for this case to be removed. (See Declaration of Colleen R. Smith).

7. The Notice of Removal is filed with this Court within 30 days after Defendant CITY OF LOS ANGELES was served with Plaintiff's Complaint on July 14, 2026. (See Declaration of Colleen R. Smith).

8. The Notice of Removal is being filed in this Court and in the Superior Court of the State of California, County of Los Angeles.

WHEREFORE, the above-entitled action, now pending in the Superior Court of the State of California, County of Los Angeles, is removed to the United States District Court for the Central District of California.

Dated: August 12, 2026

Respectfully submitted,

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Atty
**KATHLEEN KENEALY**, Chief Assistant City Atty
**CHRISTIAN BOJORQUEZ**, Deputy City Attorney

By: *Colleen Smith*

COLLEEN SMITH
Assistant Supervising Deputy City Attorney
*Attorneys for Defendant,* **CITY OF LOS ANGELES**

**DECLARATION OF COLLEEN R. SMITH**

I, COLLEEN R. SMITH, do hereby declare that I make this declaration upon my own personal knowledge, except upon those matters stated upon information and belief, and I could and would competently testify as follows:

1. I am an Assistant City Attorney for the City of Los Angeles. I am submitting this declaration in support of Defendant City of Los Angeles's removal in the case of *Andrea Velez v. City of Los Angeles, et al.,* Superior Court Case No. 26STCV20770, now pending in the Los Angeles Superior Court.

2. The following are true and correct copies of the State Court documents in the above action with referenced exhibit numbers: Plaintiff's Complaint (Exhibit 1); Summons (Exhibit 2); Civil Case Cover Sheet (Exhibit 3); Civil Case Cover Sheet Addendum and Statement of Location (Exhibit 4); Notice of Case Assignment – Unlimited Civil Case (Exhibit 5); Alternative Dispute Resolution (ADR) Information Package (Exhibit 6); Notice of Case Management Conference (Exhibit 7); Order to Show Cause Hearing (Exhibit 8); Clerk's Certificate of Service by Electronic Service (Exhibit 9); and Proof of Service of Summons (Exhibit 10).

3. I am informed that Defendant CITY OF LOS ANGELES was served with Plaintiff's Complaint on July 14, 2026, and consents to this removal. Attached hereto as Exhibit 11 is a true and correct copy of the Summons served on Defendant CITY OF LOS ANGELES.

4. Further, other than those identified above and the persons identified in the caption as "DOES 1-20" there are no other named defendants in this lawsuit. Therefore, there are no other defendants who need to consent in order for this case to be removed.

5. The Notice of Removal is filed with this Court within 30 days after Defendant CITY OF LOS ANGELES was served with Plaintiff's Complaint on July 14, 2026.

6. This Notice of Removal is being filed in this Court and in the Los Angeles Superior Court.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on August 12, 2026, at Los Angeles, California.

_*Colleen Smith*_____________
COLLEEN SMITH, Declarant

**PROOF OF SERVICE**

Case Name: Andrea Velez v. City of Los Angeles, et al.
(Case Removed from LASC Case Number: 26STCV20770)

I, Gloria Castillo, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 200 North Main Street, City Hall East, 6th Floor, Los Angeles, California 90012.

On August 12, 2026, I served the document(s) described as **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441 (a) and 1446 (a); DECLARATION OF COLLEEN R. SMITH; AND SUPPORTING EXHIBITS**, on all interested parties as listed below:

***Counsel for Plaintiff:***
Luis A. Carrillo, Esq.
Michael S. Carrillo, Esq.
Maria F. Garcia Baldizzone, Esq.
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030
Tel: (626) 799-9375
Emails: Maria.garcia@carrillofirm.com
mgteam@carrillofirm.com

☒ **BY MAIL**

I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION**

I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on August 12, 2026, at Los Angeles, California.

*Gloria Castillo*
Gloria Castillo