**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney (SBN 192872)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Phone No.: (213) 978-6900 | Fax No.: (213) 978-8785
Email: christian.bojorquez@lacity.org

*Attorneys for Defendant,* CITY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREA VELEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, and DOES 1-20,<br><br>Defendants. | **CASE NO. 2:26-cv-08996-MWF-RAO**<br>*Hon. Judge Michael W. Fitzgerald, Ctrm. 5A, 1st Cthse*<br>*Mag. Rozella A. Oliver, Ctrm. 590, Roybal Cthse*<br><br>**DEFENDANT CITY OF LOS ANGELES' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |

COMES NOW, Defendant CITY OF LOS ANGELES and hereby answers Plaintiff's Complaint for Damages for itself and for no other party, admits, denies and alleges as follows:

**JURISIDCITION AND VENUE**

1. Answering paragraph 1, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations, except for the following allegations which are admitted: the United States District Court, Central District, has jurisdiction over Plaintiff's federal claims and supervision jurisdiction over State Law claims.

2. Answering paragraph 2, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations, except for the following allegations which are admitted: Venue is proper in the United States District Court, Central District, Western Division.

3. Answering paragraph 3, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## INTRODUCTION

4. Answering paragraph 4, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

5. Answering paragraph 5, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

6. Answering paragraph 6, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

7. Answering paragraph 7, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## PARTIES

8. Answering paragraph 8, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

9. Answering paragraph 9, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations, except for the following allegations which are admitted: Admit City of Los Angeles is a municipal corporation.

10. Answering paragraph 10, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

11. Answering paragraph 11, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

12. Answering paragraph 12, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

13. Answering paragraph 13, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## FACTUAL ALLEGATIONS

14. Answering paragraph 14, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

15. Answering paragraph 15, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

16. Answering paragraph 16, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

17. Answering paragraph 17, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

18. Answering paragraph 18, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

19. Answering paragraph 19, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

20. Answering paragraph 20, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

21. Answering paragraph 21, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

22. Answering paragraph 22, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

23. Answering paragraph 23, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

24. Answering paragraph 24, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

25. Answering paragraph 25, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

26. Answering paragraph 26, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

27. Answering paragraph 27, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

///

28. Answering paragraph 28, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

29. Answering paragraph 29, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

30. Answering paragraph 30, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

31. Answering paragraph 31, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

32. Answering paragraph 32, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

33. Answering paragraph 33, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

34. Answering paragraph 34, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

35. Answering paragraph 35, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

36. Answering paragraph 36, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

///

37. Answering paragraph 37, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

38. Answering paragraph 38, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

39. Answering paragraph 39, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

40. Answering paragraph 40, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

41. Answering paragraph 41, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

**FIRST CLAIM FOR RELIEF**

**False Arrest/False Imprisonment**

(By Plaintiff against all Defendants, the CITY and DOES 1-20)

42. Answering paragraph 42, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

43. Answering paragraph 43, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

44. Answering paragraph 44, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

///

45. Answering paragraph 45, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

46. Answering paragraph 46, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

47. Answering paragraph 47, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## SECOND CLAIM FOR RELIEF

### Negligence

(By Plaintiff against all Defendants, the CITY and DOES 1-20)

48. Answering paragraph 48, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

49. Answering paragraph 49, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

50. Answering paragraph 50, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

51. Answering paragraph 51, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

52. Answering paragraph 52, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

///

53. Answering paragraph 53, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

54. Answering paragraph 54, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

55. Answering paragraph 55, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

56. Answering paragraph 56, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

57. Answering paragraph 57, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

58. Answering paragraph 58, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## THIRD CLAIM FOR RELIEF

**Fourth Amendment Violation – Unlawful Seizure by Does 1-20**

(By Plaintiff against all Defendants, the CITY and DOES 1-20)

59. Answering paragraph 59, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

60. Answering paragraph 60, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

///

61. Answering paragraph 61, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

62. Answering paragraph 62, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

63. & 63.a. Answering paragraph 63 and 63a, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

64. Answering paragraph 64, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## FOURTH CLAIM FOR RELIEF

**42 U.S.C. § 1983 – Municipal Liability (*Monell*) – Unconstitutional Custom, Practice and/or Policy**

(By Plaintiff against Defendant, CITY)

65. Answering paragraph 65, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

66. Answering paragraph 66, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

67. Answering paragraph 67, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

68. Answering paragraph 68, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

69. Answering paragraph 69, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

70. Answering paragraph 70, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

71. Answering paragraph 71, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

72. Answering paragraph 72, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

73. Answering paragraph 73, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

74. Answering paragraph 74, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

75. Answering paragraph 75, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

76. Answering paragraph 76, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

///

///

///

///

**<u>FIFTH CLAIM FOR RELIEF</u>**

**Violation of Bane Act (Cal. Civil Code §52.1)**

(By Plaintiff against all Defendants, the CITY and DOES 1-20)

77. Answering paragraph 77, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

78. Answering paragraph 78, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

79. Answering paragraph 79, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

80. Answering paragraph 80, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

81. Answering paragraph 81, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

82. Answering paragraph 82, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

83. Answering paragraph 83, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

///

///

///

///

## SIXTH CLAIM FOR RELIEF

**Violation of the Equal Protection Clause of the 14th Amendment**

84. Answering paragraph 84, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

85. Answering paragraph 85, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

86. Answering paragraph 86, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

87. Answering paragraph 87, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendant alleges each of the following:

## FIRST AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the **negligence of Plaintiff**, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## SECOND AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the **negligence of other persons**, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

**FOURTH AFFIRMATIVE DEFENSE**

The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary **for self-defense.**

**FIFTH AFFIRMATIVE DEFENSE**

The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for the **defense of others.**

**SIXTH AFFIRMATIVE DEFENSE**

The claims are barred by the statute of limitations, including, but not limited to, the following statutes: C.C.P. sections 335.1 and 340(c); Gov. Code sections 911.2, 911.4, and 945.6.

**SEVENTH AFFIRMATIVE DEFENSE**

The state claims are barred for Plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code § 910 *et seq*.

**EIGHTH AFFIRMATIVE DEFENSE**

As to the federal claims and theories of recovery, the answering Defendant is protected from liability under the doctrine of qualified immunity, because Defendant's conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

**NINTH AFFIRMATIVE DEFENSE**

Defendant is immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code §§ 815.2, 818, 820.2 and 820.8.

Penal Code §§ 836.5 and 847.

**PRAYER**

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff take nothing by this action;
2. That the action be dismissed;

3. That Defendant be awarded costs of suit;

4. That Defendant be awarded other and further relief as the Court may deem just and proper, including an award of attorneys' fees pursuant to 42 U.S.C. § 1988.

**DEMAND FOR JURY TRIAL**

Defendant hereby demands and requests a trial by jury in this matter.

Dated: August 19, 2026

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Atty
KATHLEEN KENEALY, Chief Assistant City Atty
CHRISTIAN BOJORQUEZ, Deputy City Attorney

By: /s/ Christian R. Bojorquez
CHRISTIAN R. BOJORQUEZ, Deputy City Attorney
*Attorneys for Defendant,* CITY OF LOS ANGELES

# PROOF OF SERVICE

Case Name: *Andrea Velez v. City of Los Angeles, et al.*
Case No: USDC Case No. 2:26-cv-08996-MWF-RAO

I, GLORIA CASTILLO, declare as follows:

I am employed in the County of Los Angeles, California. I am over the age of 18 years, and not a party to the within action; my business address is 200 North Main Street, 600 City Hall East, Los Angeles, California 90012.

On August 19, 2026, I served the document(s) described as **DEFENDANT CITY OF LOS ANGELES' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES; DEMAN FOR JURY TRIAL** on all interested parties as listed below:

**Attorneys for Plaintiff**

Luis A. Carrillo, Esq.
Michael S. Carrillo, Esq.
Maria F. Garcia Baldizzone, Esq.
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030
Tel: (626) 799-9375
Emails: Maria.garcia@carrillofirm.com
mgteam@carrillofirm.com

☒ **BY MAIL**
As follows: I am "readily familiar" with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION**
I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2026, at Los Angeles, California.

*Gloria Castillo*
Gloria Castillo